UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BRYAN E. STEUBS,<br><br>Defendant. | 9:23-PO-05095-KLD<br>Violation: F061000D<br><br>Location Code: M10<br><br>JUDGMENT IN A CRIMINAL CASE |

On December 7, 2023, Defendant Bryan Steubs appeared before the Court and entered a plea of no contest to the charge of woodcutting without a valid permit in violation of 36 C.F.R. 261.6(a) as set forth in Violation F061000D.

The court imposes the following sentence pursuant to the Sentencing Reform Act of 1984:

1. Defendant must pay a fine in the amount of $50 plus a $10 Special Assessment and $30 Processing Fee for a total of $90. The fine has been paid in full, receipt number 900018342.

Defendant is advised that pursuant to 18 U.S.C. § 3742(g) and Federal Rule of Criminal Procedure 58(g)(2)(B), Defendant has the right to appeal the sentence imposed in this case to a United States District Court Judge within fourteen (14) days after entry of judgment, by filing with the Clerk of District Court a statement specifying the judgment from which the appeal is taken, and by serving a copy of the statement upon the United States Attorney (personally or by mail) and filing a copy with Magistrate Kathleen L. DeSoto. If Defendant appeals, Defendant will be required to pay a $38 fee pursuant to 28 U.S.C. § 1914, Fee Schedule,

subsection (10) at the time of filing the appeal. Defendant also will be required to furnish the District Court Judge a copy of the record, which consists of the "original papers and exhibits in the case together with any transcript, tape or other recording of the proceedings and a certified copy of the docket entries which shall be transmitted promptly to the clerk of court." Fed. R. Crim. P. 58(g)(2)(c).

DATED this 7th day of December, 2023.

Kathleen L. DeSoto
United States Magistrate Judge